FILED
 2009 Sep-21  PM 03:25
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LLOYD B. PHELPS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:09-cv-674-LSC-TMP |
| VICKIE JACKSON, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 26, 2009, recommending that this action be dismissed under 28 U.S.C. § 1915(e) for failing to state a claim upon which relief may be granted. No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915(e) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

Done this 21st day of September 2009.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671